IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 JUN 17 PM 4:07
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN A. DUNCAN,

    Defendant.

8:20CR 127

INDICTMENT
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)

The Grand Jury charges that

## COUNT I

Between on or about February 9, 2019 and March 3, 2019, in the District of Nebraska and elsewhere, defendant JOHN A. DUNCAN, did knowingly distribute, and attempt to distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about February 6, 2020, in the District of Nebraska, defendant JOHN A. DUNCAN, did knowingly possess one or more computer files and other matters which contained an image of child pornography, including images of children under the age of 12 years old, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, and said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B) & (b)(2).

1

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*[signature]*
DONALD J. KLEINE, #22669
Assistant U.S. Attorney